```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
K-MEL T. GRIFFIN,

                Plaintiff,
                                          ORDER
        -against-                         19-CV-0107(JS)(SIL)

MS. FLUDD, Nassau County
Correctional Center; and
OFFICER BLUM, #3177,


                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      K-Mel T. Griffin, pro se
                    19-A-1468
                    Washington Correctional Facility
                    72 Lock 11 Lane
                    P.O. Box 180
                    Comstock, New York 12821-0180

For Defendants:     No appearances.
```

SEYBERT, District Judge:

By Memorandum and Order dated January 9, 2020 (the "Order"), the Court sua sponte dismissed the Amended Complaint filed by incarcerated pro se plaintiff K-Mel T. Griffin ("Plaintiff") (D.E. 15). The Court granted Plaintiff leave to file a Second Amended Complaint in accordance with the guidance set forth in the Order within thirty (30) days from the date of the Order. The Order warned Plaintiff that judgment shall enter and this case will be closed if he does not timely file a Second Amended Complaint. (D.E. 15 at 8.)

To date, Plaintiff has not filed a Second Amended

Complaint nor has he other otherwise communicated with the Court about this case. Accordingly, the Court directs the Clerk of the Court to ENTER JUDGMENT AND CLOSE THIS CASE and to MAIL a copy of this Order to the pro se Plaintiff at his last known address.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: April  10 , 2020
       Central Islip, New York