**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
K-MEL T. GRIFFIN,

              Plaintiff,

    - against -

MS. FLUDD, NASSAU COUNTY
CORRECTIONAL CENTER, MEDICAL at
NASSAU COUNTY CORRECTIONAL
CENTER, INMATES (E1E) SATELLITE,
and OFFICER BLUM #3177,

              Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 19-107 (JS) (SIL)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 9, 2020, *sua sponte* dismissing the Amended Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)((ii), 1915A(b), and denying *in forma pauperis* status for the purpose of any appeal; and a Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on April 10, 2020, directing the Clerk of the Court to enter judgment and close this case closed and denying *in forma pauperis* status for the purpose of any appeal, it is

      **ORDERED AND ADJUDGED** that plaintiff K-Mel t. Griffin take nothing of defendants Ms. Fludd, Nassau County Correctional Center, Medical at Nassau County Correctional Center, Inmates (E1E) Sate[l]lite, and Officer Blum; that the Amended Complaint is *sua sponte* dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)((ii), 1915A(b); that *in forma pauperis* status for the purpose of any appeal is denied; and that this case is closed.

Dated: April 10, 2020
       Central Islip, New York

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT
                         BY:  /S/ JAMES J. TORITTO
                                      DEPUTY CLERK