19CV107 (JS)(SIL)

Greetings Hon. Joanna Seybert,

Sorry for the inconvenience. Recently I had went to the SHU on 1/28/20 and I had the Amended Complaint filled out, but the officers have not let me get any legal work after I asked several times. Now with everything going on with the today's crisis, there's really no possible way for me to recieve the proper legal work or help that I need. The law library is here twice a week and has told me several times that I would have to wait to be released back to general population. Please give me an extension and when I'm released back to population 5/20/20, I will do my best to get everything to you at the earliest convience.

Kmel griffin
#19N146

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 27 2020   ★

LONG ISLAND OFFICE

RECEIVED
APR 27 2020
EDNY PRO SE OFFICE

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK  12051-0975

NAME: K-mel Griffin          DIN: 19A1468

**S BLOCK**

NEOPOST
04/22/2020
US POSTAGE $000.50⁰

ZIP 12051
041M11465187

Clerk OF U.S. District Court
Eastern District OF New York
Long Island Federal CourtHouse
100 Federal Plaza
Central Islip NY, 11722

Pro:Se